Prior Report: Ala.Cr.App., 483 So.2d 1369.
 ON APPLICATION FOR REHEARING
The original opinion in this case is withdrawn and the following opinion substituted in its place.
We granted certiorari to consider whether Talley, a juvenile, should have been taken directly to the intake office of a juvenile detention facility after his arrest rather than to the Youth Aid Division of the Montgomery Police Department. Having found that nothing in Code 1975, § 12-15-58 et seq., precludes the transport of an arrested juvenile to a police department first before transfer to a juvenile facility, this Court concludes that the writ should be quashed.
ORIGINAL OPINION WITHDRAWN; OPINION SUBSTITUTED; APPLICATION OVERRULED; WRIT QUASHED AS IMPROVIDENTLY GRANTED.
TORBERT, C.J., and MADDOX, FAULKNER, JONES, SHORES, BEATTY and ADAMS, JJ., concur.
ALMON, J., recused.
 *Page 247